**Order entered June 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00409-CR

### CHRISTOPHER WADE STARLING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 8**
**Dallas County, Texas**
**Trial Court Cause No. MB16-34655-J**

## ORDER

Before the Court is court reporter Sharyl Zeno's June 22, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by June 29, 2018.

/s/ CRAIG STODDART
   JUSTICE